# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 103 EAL 2016

               Respondent         :

                            :    Petition for Allowance of Appeal from

                            :    the Order of the Superior Court

         v.                    :

JUDY MCGRATH A/K/A JO ANN      :
FONZONE,                         :

               Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.